

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2018

No. 04-18-00195-CV

Tomoko **WARREN**,
Appellant

v.

Eric-Jason M. **WARREN**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 17-302
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

The appellant's second motion for extension of time to file brief is hereby GRANTED. Time is extended to October 30, 2018. No Further Extensions.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court